Argued and submitted December 22, 1998, affirmed May 19, 1999

## STATE OF OREGON,
*Respondent,*

*v.*

## TONI LYNN MILES
and Rodney Ray Clayburn,
*Appellants.*

(96-12-39390, 96-12-39389; CA A97726 (Control), A98081)
(Cases Consolidated)

982 P2d 48

Diane L. Alessi, Interim Public Defender, and Louis R. Miles, Deputy Public Defender, filed the brief for appellant.

Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Deits, Chief Judge,* and Armstrong, Judge.

PER CURIAM

---

* Deits, C. J., *vice* Warren, P. J., retired.

## PER CURIAM

Defendant Miles appeals from convictions for burglary in the first degree, ORS 164.225, and theft in the second degree, ORS 164.045. Defendant Clayburn appeals from convictions for burglary in the first degree, ORS 164.225, possession of a controlled substance, ORS 475.992, and theft in the second degree, ORS 164.045. The issues raised on appeal by defendants are the same issues raised and decided in *State v. Crocker*, 160 Or App 445, 982 P2d 45 (1999). We affirm. *See id.*; *State v. Cruz-Aquirre*, 158 Or App 15, 972 P2d 1206 (1999); *State v. Fugate*, 154 Or App 643, 963 P2d 686, *on recons* 156 Or App 609, 969 P2d 395 (1998), *rev allowed* 328 Or 275 (1999).